State of Connecticut

    City Of: **Middletown**                                          **November 25, 2019**

    County Of: Middlesex

    Then and there I made due and legal service of the within**, Petition For Declaratory Ruling,** for the within named; **James C. Rovella, Commissioner, Department of Emergency Services and Public Protection.**

    A true and attested copy of the **Petition For Declaratory Ruling,** was served by leaving with and within the hands of: **Abi Levesque, Paralegal at Despp, Legal Affairs, at 1111 Country Club Road, Middletown, Connecticut.** with my endorsement thereon.

    The within foregoing is the **Petition For Declaratory Ruling,** with my doings endorsed hereon.

Attest: _____

*[signature]*

Michael Brown

An Indifferent Person

| | |
|---|---|
| Service: | 40.00 |
| Copies: | 6.00 |
| Travel: | 31.90 |
| Endorsement: | 1.20 |
| Total: | 79.10 |

Covello Petition
Ex. 1