

STATE OF CONNECTICUT
DEPARTMENT OF EMERGENCY SERVICES & PUBLIC PROTECTION
OFFICE OF THE COMMISSIONER

April 15, 2016

Sergeant Jeffrey T. Covello
Bureau of Criminal Investigations
Statewide Narcotics Task Force
294 Colony Street
Meriden, CT 06451

Dear Sergeant Covello,

I have received your letter concerning your intention to retire from the Department of Emergency Services and Public Protection, Division of State Police effective May 1, 2016, and approve your request to retain the badge you wore so proudly for twenty-two years, once it has been marked "RETIRED."

I want to wish you a happy and healthy retirement. Your dedication to law enforcement along with your dedicated service to the Connecticut State Police and the citizens of Connecticut will be missed.

Again, all the best in your well-deserved retirement.

Sincerely,

Dr. Dora B. Schriro
COMMISSIONER

Cc: Colonel Alaric Fox
    OFO
    OPF

Covello Petition
Exhibit 2