

## STATE OF CONNECTICUT
### DEPARTMENT OF EMERGENCY SERVICES AND PUBLIC PROTECTION
### HUMAN RESOURCES

# LAW ENFORCEMENT OFFICERS SAFETY ACT OF 2004 / LAW ENFORCEMENT OFFICERS SAFETY ACT IMPROVEMENT ACT OF 2010

On July 22, 2004, President George W. Bush signed into effect the Law Enforcement Officers Safety Act of 2004 (LEOSA).

Additionally, on January 4, 2011, President Barack Obama signed into effect the Law Enforcement Officers Safety Act Improvement Act of 2010.

This federal law states that:

**Notwithstanding any other provision of the law of any State or any political subdivision thereof, an individual who is a qualified retired law enforcement officer and who is carrying the identification required by subsection (d) may carry a concealed firearm that has been shipped or transported in interstate or foreign commerce, subject to subsection (b).**

THIS LETTER CERTIFIES THAT THE INDIVIDUAL LISTED BELOW HAS MET THE FOLLOWING TWO SECTIONS & SUBSECTIONS OF THE LAW ENFORCEMENT OFFICERS SAFETY ACT OF 2004 / LAW ENFORCEMENT OFFICERS SAFETY ACT IMPROVEMENT ACT OF 2010. Public Law 108-277 codified at Title 18 USC §§ 926(B) and 926(C).

1. separated from service in good standing from service with a public agency as a law enforcement officer, other than for reasons of mental instability;
3. (A) before such separation, served as a law enforcement officer for an aggregate of 10 years or more; or (B) separated from service with such agency after completing any applicable probationary period of such service, due to a service-connected disability, as determined by such agency;

NAME　　　　　　**Jeffrey T. Covello**

EMPLOYEE #　　　**587844**

DATE RETIRED　　**May 1, 2016**

AUTHORIZED BY: _____
FELICIA M. EMANUEL
PRINCIPAL HUMAN RESOURCES SPECIALIST

DATE SIGNED: 5/11/16

Phone: (860) 685-8200   Fax: (860) 685-8356
1111 Country Club Road
Middletown, CT 06457-2389
*An Affirmative Action/Equal Employment Opportunity Employer*

Covello Petition
Exhibit 3