## RELEASE & INDEMNIFICATION
## FIREARMS TRAINING

I, __Jeffrey T. Covello__, in consideration of the willingness of the Division of State Police to allow my participation in firearms training and with acknowledgment of the risks inherent in this activity, agree to release, discharge, indemnify and hold harmless the State of Connecticut, the Department of Emergency Services and Public Protection, Division of State Police and their respective agents, employees and representatives from and against any and all claims, demands, actions, causes of action, judgments, executions, damages, costs and expenses which I, my heirs, executors, administrators or assigns now have or may have against the aforesaid for any and all losses, costs, expenses (including attorney's fees), damages and injuries known or unknown, and injuries to property, real or personal, arising out of my participation in firearms training sessions conducted by the Division of State Police.

It is understood and agreed that this instrument is a full and final release of all claims of every nature and kind whatsoever and that this instrument releases claims that are, at this time, unknown and unsuspected.

Dated this __15__ day of __March__, 20__19__.

_____        _____
Witness                                Signature of Participant
                                       Print Names(s): Jeffrey Thomas Covello

_____
Witness

State of Connecticut    )
                        ) Middlesex, ss.
County of               )

On this the __15th__ day of __March__, 20__19__, personally appeared before me, known to me to be the person whose name subscribed to the within instrument and acknowledged that (s)he executed the same for the purposes therein contained.

_____
Notary Public
My Commission Expires:

Covello Petition
Exhibit 4